UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Petitioner,

v.                                        Case No. 09-MC-77

JOHN M. SUNDBERG,

    Respondent.

## ORDER TO COMPLY WITH IRS SUMMONS

This matter came before the Court on December 23, 2009, for a hearing on an order to show cause why Respondent John M. Sundberg should not be ordered to comply with a summons issued by Internal Revenue Officer Kathy Goldman on June 23, 2009. The Court has jurisdiction pursuant to 28 U.S.C. Section 7402(b). The Court has considered the arguments of respondent and has denied his motion to dismiss. The Court further finds the books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service, and that all administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

Accordingly, the Court hereby enters the following Order:

Respondent John M. Sundberg is directed to obey the aforementioned summons and each and every requirement thereof by attending, testifying, and producing the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Kathy Goldman or any other proper officer or employee of the Internal Revenue Service on

1

January 28, 2010, at 9:00 a.m. at her office at 440 Security Boulevard, Green Bay, Wisconsin 54313, or on such later date and time as Officer Goldman may select. In the event Respondent fails to comply with this order, he may be found in contempt and remedial sanctions, including fine and imprisonment, may be imposed until such time as he complies.

Respondent is further advised that he has the right to appeal this order to the United States Court of Appeals for the Seventh Circuit by filing a notice a appeal with the Clerk of this Court. This Order will be stayed pending such a appeal in the event Respondent files a notice of appeal prior to January 28, 2010. In the event Respondent neither complies with the summons nor files a notice of appeal the Court will issue a warrant for his arrest.

SO ORDERED this  28th  day of December, 2009.

      s/ William C. Griesbach
      WILLIAM C. GRIESBACH
      United States District Judge